Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

               Case No.: 17−28199−KCF
               Chapter: 13
               Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Iza
   29 Daniel Rd.
   Spotswood, NJ 08884

Social Security No.:
   xxx−xx−5437

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/24/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 24, 2018
JAN: slf

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-28199-KCF
Edwin Iza                                                       Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: May 24, 2018
                              Form ID: 148             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db            +Edwin Iza,    29 Daniel Rd.,    Spotswood, NJ 08884-1808
cr            +JPMORGAN CHASE BANK N.A.,    Fein, Such, Kahn and Sheapard, P.C.,    c/o Winston & Winston, P.C.,
               750 Third Avenue, Suite 923,    New York, NY 10017-2703
517162685     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517054717     +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
               St Louis, MO 63179-0040
517193704      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
517054718     +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
517248940     +RoundPoint Mortgage Servicing Corporation,     5016 Parkway Plaza Blvd, Suite 200,
               Charlotte, NC 28217-1930
517054721     +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517054724     +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
517054726     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 23:55:33      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 23:55:28      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517226218      EDI: RESURGENT.COM May 25 2018 03:18:00      Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,    Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517054713     +EDI: BANKAMER.COM May 25 2018 03:18:00      Bank Of America,    Nc4-105-03-14,   Po Box 26012,
               Greensboro, NC 27420-6012
517054714     +EDI: CAPITALONE.COM May 25 2018 03:18:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517054715     +EDI: CAUT.COM May 25 2018 03:18:00      Chase Auto Finance,    National Bankruptcy Dept,
               201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517054716     +EDI: CHASE.COM May 25 2018 03:18:00      Chase Card,   Attn: Correspondence Dept,    Po Box 15298,
               Wilmington, DE 19850-5298
517214768     +EDI: CAUT.COM May 25 2018 03:18:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
               Phoenix, AZ 85038-9505
517216081      EDI: RESURGENT.COM May 25 2018 03:18:00      LVNV Funding, LLC its successors and assigns as,
               assignee of GE Money Bank,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517054719     +E-mail/Text: bnc@nordstrom.com May 24 2018 23:54:58      Nordstrom Fsb,    Correspondence,
               Po Box 6555,    Englewood, CO 80155-6555
517111676      EDI: AGFINANCE.COM May 25 2018 03:18:00      ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
517054720     +EDI: AGFINANCE.COM May 25 2018 03:18:00      OneMain,    Attn: Bankruptcy,   601 Nw 2nd St,
               Evansville, IN 47708-1013
517323330      EDI: PRA.COM May 25 2018 03:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
517323331      EDI: PRA.COM May 25 2018 03:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517100986      EDI: PRA.COM May 25 2018 03:18:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a,    POB 41067,    Norfolk VA 23541
517240639      EDI: Q3G.COM May 25 2018 03:18:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
517054722     +E-mail/Text: bankruptcy@savit.com May 24 2018 23:56:33      Savit Coll,   Po Box 250,
               East Brunswick, NJ 08816-0250
517056135     +EDI: RMSC.COM May 25 2018 03:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517054723     +EDI: RMSC.COM May 25 2018 03:18:00      Synchrony Bank/PC Richards & Sons,    Attn: Bankruptcy,
               Po Box 956060,    Orlando, FL 32896-0001
517054725     +EDI: VERIZONCOMB.COM May 25 2018 03:19:00      Verizon,
               Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
517160944     +EDI: AIS.COM May 25 2018 03:18:00      Verizon,   by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 24, 2018
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK N.A.
               alex@winstonandwinston.com
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Paola D. Vera    on behalf of Debtor Edwin   Iza pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```